

**United States District Court** *for the* **District of Puerto Rico**

# CATEGORY SHEET

1. Title of Case (Name of first party on each side only)
   US v $250,000.00 IN UNITED STATES CURRENCY

2. Category of case being filed (Place an X in one)

   | [X] | ORDINARY CIVIL CASE | [CIVIL FORFEITURE] |
   |---|---|---|
   |   | SOCIAL SECURITY |   |
   |   | BANK CASE |   |
   |   | INJUNCTION |   |

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES    [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES    [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES    ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: 227411

ATTORNEY'S NAME: MADELINE M. MAS-SAAVEDRA

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE
HATO REY   PR     ZIP CODE 00918

TELEPHONE NO.: 787-766-5656