IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$250,000.00 IN UNITED STATES CURRENCY<br><br>    Defendant *In Rem*. | Civil No.: |

**UNITED STATES OF AMERICA'S MOTION TO RESTRICT**

TO THE HONORABLE COURT:

COMES NOW, the United States files this Motion to Restrict in compliance with the Court's Standing Order No. 9, dated January 30, 2013, and requests that the Unsworn Declaration incorporated in the Verified Complaint for Forfeiture *In Rem* be filed Ex Parte, as it contains sensitive information that should remain confidential and under that restriction level until further order of the Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of February 2024.

                W. Stephen Muldrow
                United States Attorney

                *s/Madeline M. Mas Saavedra*
                **Madeline M. Mas Saavedra-**227411,
                Assistant U.S. Attorney
                Torre Chardón, Suite 1201
                350 Carlos Chardón Avenue
                San Juan, Puerto Rico 00918
                Office: 787-772-3904
                Mobile: 787-340-1890
                madeline.mas.saavedra@usdoj.gov