# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>$250,000.00 IN U.S. CURRENCY,<br>Defendant, | CIVIL NO.: 24-1054 (JAG) |

### UNITED STATES OF AMERICA'S STATUS REPORT

TO THE HONORABLE COURT:

COMES NOW the United States of America, as submits:

1. In compliance with the Order of April 8, 2024, at ECF No. 7, the United States informs that the criminal investigation related to this case is still ongoing.

2. Civil discovery in this matter will adversely affect the prosecution of the related criminal case.

3. 18 U.S.C. § 981(g)(1) states: "Upon the motion of the United States, the Court shall stay the civil forfeiture proceedings if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

*Civil No.: 24-1054 (JAG)*

WHEREFORE, the United States respectfully requests from this Honorable Court to take notice of this foregoing and keep the civil forfeiture proceedings stayed pending the outcome of the criminal case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 7th day of July 2025.

W. STEPHEN MULDROW
United States Attorney

*s/Madeline M. Mas Saavedra*
**Madeline M. Mas Saavedra-**227411,
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Office: 787-772-3904
Mobile: 787-340-1890
madeline.mas.saavedra@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 7th day of July 2025.

*s/Madeline M. Mas Saavedra*
**Madeline M. Mas Saavedra**,
Assistant U.S. Attorney